82,313-01,02

RECEIVED IN
COURT OF CRIMINAL APPEALS
OCT 05 2015

Abel Acosta, Clerk

CHARLES HALL JR.
1421116
2101 F.M.369 N
IOWA PARK,TX 76367
ALLRED UNIT

DATE:9-29-15

COURT OF CRIMINAL APPEALS OF TEXAS
P.O.BOX 12308,CAPITOL STATION
AUSTIN,TEXAS 78711

RE: OBJECTION TO WHITE CARD DENIAL
[CAUSE NO.54218-D]AND[CAUSE NO.54219-D]


POINTS OF ERRORS TO BE RAISED UNDER FIRST IMPRESSION


(1) JURISDICTION - PAGE ONE OF ONE   [4th,14th CONST.AMEND.VIOLATION]
(2) ILLEGAL CONFINEMENT -PAGE ONE OF TWO [CONST.VIOLATION UNDER TITLE28U.S.C.§§2241(3)
(3)DOUBLE JEOPARDY -CONTINUATION PAGE TWO OF THREE[5th,6th,8th,11th,&14th const.amend.]
(4)UNLAWFUL & ILLEGAL ENACTMENT OF THE [AEDPA][U.S.C.A. CONST.VIOLATION UNDER ARTICLE
28§§2241(3)i.e.TEXAS CONST.ART.I§§19.]

DATE: NOVEMBER 5,2014


I AM RAISING AN OBJECTION TO THESE WHITE CARDS WITHOUT A WRITTEN ORDER.I HAVE A
(RIGHT) TO A [FAIR AND PROPER INQUIRY.]


CONCLUSION:"IF I WOULD HAVE HAD A PROPER INQUIRY,WHAT WOULD THE PROPER OUTCOME
HAVE BEEN?WOULD I HAVE GONE BACK TO COURT ORWHAT?WHAT IS THE REASON
FOR (DENIAL)?


RESPECTFULLY SUBMITTED
CHARLES HALL JR.
#1421116


CC FILE